

# NUMBER 13-11-00695-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN BEAMAN, INDIVIDUALLY AND
D/B/A THE BRIDGES AT MISSION,                                    Appellant,

v.

CONSTELLATION NEW ENERGY, INC.,                                 Appellee.

## On appeal from the County Court at Law No. 1 of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, John Beaman, Individually and d/b/a The Bridges at Mission, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-11-2047-A. The parties have filed an agreed motion for voluntary dismissal of appeal on grounds that all matters in controversy between them in

this cause have been fully compromised and settled. The parties request that this Court dismiss this appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of February, 2012.